**Order filed July 22, 2014**



In The

# Fourteenth Court of Appeals

NO. 14-14-00362-CV

**KAREN GUISHARD, Appellant**

**V.**

**MONEY MANAGEMENT INTERNATIONAL, INC./CONSUMER CREDIT COUNSELING SERVICES, AppelleeS**

On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 13-DCV-209271

## O R D E R

Appellant's brief was due July 3, 2014. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 21, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM